**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

JAMES E. FLAHERTY,

                      Plaintiff,

        - against -

SOUTHAMPTON TOWN POLICE DEPARTMENT, TOWN OF SOUTHAMPTON, SOUTHAMPTON TOWN JUSTICE COURT, DAVID GILMARTIN , individually and as Southampton Town Attorney, DAVID FALKNER, individually and as Assistant Southampton Town Attorney, JOHN DOE, JACK DOE, individually & as Assist. So. Hampton Town Attrnys., whose names now unknown to plntff., who participated in effectuating 3/2001, warrant for plntff's. Arrest in breach of & in gross contravention of 8/3/02 written agreement filed in So. Hampton Town Justice Ct., BARBARA WILSON, Town Justice, MARK LNU, Town Justice Court Officer, SOUTHAMPTON TOWN JUSTICE COURT CLERK, PAT LNU, Town Justice Court Officer, COUNTY OF SUFFOLK, PAT MAHONEY, Suffolk County Sheriff, ROBERT GAFFNEY, Suffolk County Executive, SUFFOLK COUNTY DEPARTMENT OF HEALTH SERVICES, M.D., M.P.H. CLAIRE B. BRADLEY Commissioner, Suffolk County Department of Health Services, THOMAS O. MAC GILVRAY, Director of Suffolk County Division of Community Mental Hygiene Services, M.D. WILLIAM PACKARD, Suffolk County C.P.L. 730 Examining Psychiatrist, PH.D. NICHOLAS AIELLO, Suffolk County CPL 730 Examining Psychologist, PATRICK HEANEY, individually, and as Southampton Town Supervisor, DONNA GIANCONTIERI, individually, and in her capacity as former Southampton Press Reporter, and currently, since 1/1/01, Assistant to Southampton Town Supervisor Patrick Heaney,

                      Defendants.
----------------------------------------------------------X

**JUDGMENT**

CV-02-5516 (DRH)(JO)

     A Memorandum of Decision and Order of Honorable Denis R. Hurley, having been filed on May 5, 2005, concurring with the Report and Recommendation of Magistrate Judge James Orenstein dated April 4, 2005, and the Supplemental Report and Recommendation of Magistrate Judge James Orenstein dated April 11, 2005 recommending that plaintiffs' action be dismissed for failure to prosecute, it is

     **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; and that the complaint is hereby dismissed.


Dated: Central Islip, New York
       May 9, 2005

                                       ROBERT C. HEINEMANN
                                       CLERK OF THE COURT

                              By:    /s/ Lorraine Sapienza
                                        Deputy Clerk